1 Morris Day aka
Rickey L. Alford (Full Name)

2 10728 Central Ave (Address Line 1)

3 Los Angeles, CA 90059 (Address Line 2)

4 (661) 902-8951 (Phone Number)

5 Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT

NOV – 8 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10 Morris Day aka                    CV22-8201-McS

11 Rickey L. Alford,        )  **Case No.:** _____
                            )           (To be supplied by the Clerk)
12        **Plaintiff,**      )
                            )
13    vs.                     )  **Civil Rights Complaint Pursuant to**
14 Ku Klux Klan             )  **42 U.S.C. § 1983 (non-prisoners)**
   Andrea Birotte, Jr.      )
15 US Dist Judge, Alka      )  **Jury Trial Demanded:** ☑ Yes  ☑ No
   Ku Klux Klan             )
16 Sagar US Mag, Brian      )
   Ku Klux Klan             )
17 Thompson MD, Kaiser Permanente
18        **Defendant(s).**   )

19

20            *(All paragraphs and pages must be numbered.)*

21                    **I. JURISDICTION**

22 1.    This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23 Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25                    **II. VENUE**

26 2.    Venue is proper pursuant to 28 U.S.C. § 1391 because Ku Klu+

27 Klan Act of 1871, 42 USC 1983, 85, 86

28 Monroe vs. Papa, 365 US 167, 81 S.Ct. 473
   5 L.Ed2d 492, (1961), 13th & 14th Amend

## III. PARTIES

1

2

3.    Plaintiff Rickey Louis Alford _____ resides at:
(your full name)

3

4   10728 S. Central Ave, L.A. Ca 90059

5   _____.
(your address)

6   (You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

7

8   4.    Defendant KKK, Andre Birotte, Jr, ____ works at
(full name of Defendant)

9

10   255 East Temple St, Los Angeles, CA 90012.
(Defendant's place of work)

11   Defendant's title or position is _____.

12   (Defendant's title or position at place of work)

13   This Defendant is sued in his/her (check one or both):

14        ☑ individual capacity              ☑ official capacity

15   This Defendant was acting under color of law because: under the

16   Ku Klux Klan Act of 1871, Conspiracy to food

17   poisoning, bribery of Doctors, obstruct of justice

18                                    18 USC sec 201 & 1500-5

19   5.    Defendant Alka Sagar, KuKluxKlan ____ works at
(full name of Defendant)

20

21   255 East Temple St, Los Angeles, CA 90012
(Defendant's place of work)

22   Defendant's title or position is KKK US Magistrate.

23   (Defendant's title or position at place of work)

24   This Defendant is sued in his/her (check one or both):

25        ☑ individual capacity              ☑ official capacity

26   This Defendant was acting under color of law because: under the

27   Ku Klux Klan Act of 1871, Monroe vs Papa

28   US Sup Ct (1961), 13th & 14th Amend
    Conspiracy to food 2 poisoning —

Pro Se Clinic Form                    Page Number

___. Defendant **Brian Thompson, ε** ~~M~~ works at

*Insert ¶ #*        *(full name of Defendant)*

**4867 Sunset Blvd. Los Angeles, CA 90027.**

*(Defendant's place of work)*

Defendant's title or position is **(M.D), MD**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because **Medical Mal-**
**Frand, 18 USC sec. 371, 1001 under**
**KuKlutKlan Act of 1874, 13th & 14th Amend**
**21 USC sec. 321 (h)(2), 791 F. Supp 1499**
**(Kan 1992)  ——— Monoe vs Papa (1961)**
**U S Supreme Ct**

___. Defendant **David Astoga Domingues** works at

*Insert ¶ #*        *(full name of Defendant)*

**4867 Sunset Blvd, Los Angeles, CA 90027.**

*(Defendant's place of work)*

Defendant's title or position is **Security Gaurd**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because **Domingues**
**followed orders of Thompson, to deny**
**medical treatment, adequate Lab testing**
**X-rays of the Lungs, and a conspiracy**
**to poisoning plaintiff ——— 21 US C 371(h)(2)**
**791 F Supp 1499 (Kan 1992)**
                            **3**

Pro Se Clinic Form                    *Page Number*

Attached to page 3

Attached defendant names:
No.5: Board of Directors/Kasier Permanent
    1. Greg A. Adams
    2. Ramon Baez
    3. David J. Barger
    4. Regina Benjamin
The four named Board of Directors
are being named defendant under the
Ku Klux Klan Act of 1871, 42 USC 1983, 85, 86
Monroe vs. Pape (1961), 365 US 167,
81 S. Ct. 473, 5L. Ed 2d 492;

Diagnosis Problem:
Using X-ray machines as in
Clinical Reference Laboratory, Inc.
vs Sullivan, 791 F. Supp 1499 at 1507
21 USC sec. 321 (h) (2), see also
21 CFR sec. 892.1 (c). (1991). (X-ray Machines
are devices under the Act, whether
used for diagnosis purpose or
therapeutic purposes).
    There's a problem following
administrative remedies, Administrative
Prosedure Act, 5 USC 704 at 791 F. Supp
1503;
    Also up against adulterated
poisoning, 21 USC 351, 791 F. Supp
1503 ——

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1.   Food poisoning deliberately lead by
*Insert ¶ #*
a latino employee at Fixinssoulkitchen.
com, 800 W. Olympic Blvd. suite A150
Los Angeles, CA 90015, where the date
on the Deb. Debit Card showed December
27, 2022, but their was two times
the first I got off my set because of
the coughing: A Black owned resturant

2.   Food poisoning on or about
*Insert ¶ #*
Dec. 17, 2022 falling under adetterated
poisoing, 21US(sec. 350-351, mayhem,
assault with a deadly weapon, the
food poison have caused a served
coughing lasting Dec. 17, 2021 until
this day, Nov. 1, 2022:

3.   On the 31 day of October 2022
*Insert ¶ #*
Alford visted Kaiser Permanente on
Sunset & Vermount, and after talking
with the medical staff, and going
to Google doing my research, found
served cough was under or chronic
coughing being bronchitic, we
concluded, myself and the on duty
desk staff, that blood test and
X-ray to the Lungs would be needed:

4. But the attending Doctor Brian E.
Thompson, disagree, especially, claiming
that I haven't a cough problem, and
no medication would be prescribed
as indicated in the After visit
Summary with instructions, comes
attached; since the cough hasent
stoped in 10 month a virus or bacteria exist.

5. Alford informed thompson that he
disagree, Thompson left the room
hollowing get sercurity, when Alford
began hollowing he wanted another
Doctor and to talk with some
authority, a suppervisor, etc but
to no avail.

___. My diagnosis is constantly
spitting up muscas from a cough
can be bronchitis, as a Doctor of
Law (UCLA 1976), and that I
agrees with Googles interpretation
that Bronchitis is a form of a
viral, bacteria or both: food
poisoning also such illness with
certain types of bacteria, parasites,
viruses, or toxins. Citing 21 US ¿321
(h)(2) 791 F. Supp 1499 (Kan 1992)
X-rays ―

**Claim #(___)**
*(insert Claim#)*

6. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

7. Their more evidence to prove the
*Insert ¶ #*
Federal Judges named are conspirators
because Alford was again poisoned
on the Green line, between July 27,
28, 29 and Aug 1, 2022 where
Alford was treadfor cellutitis at Kaker
Aug 2, 2022 — X-rays and blood samples were taken

8. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*
Poisoned on the Green-line, Metro
Train, Norwalk to Redondo, where
Alford was unconscienced with the
deadly cellutitis was administed
*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

9. Based on the two encidents, cellutitis
*Insert ¶ #*
being confirmed, and to await the
conclusion to the food poisoning
I would conclude at this time
the bronchitis diagnosis would
be proper and such films from
Fixinssoulkitchen would confirm bronchitis.

10. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
The Board of Director have joined
with the two federal judges, one
a house negro Birotte, who hand
picked the Dr. Thompson as a conspirator

7

Pro Se Clinic Form                    *Page Number*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: Nov 2, 2022

Sign: _Rickey L. Alford_

Print Name: _Rickey L. Alford_

*9*

*Page Number*

Pro Se Clinic Form

*David Astoga Domingu...*

# AFTER VISIT SUMMARY

**KAISER PERMANENTE.**

**Rickey Alford** MRN: 000023939681

📅 10/31/2022  📍 EDLA 323-783-4011

## Instructions



**Read the attached information**
Cough, Chronic, Uncertain Cause (Adult) (English)

## What's Next

You currently have no upcoming appointments scheduled.

## 🏥 Your Treatment Team

| Provider | Role |
|---|---|
| Thompson, Brian E (M.D.), M.D. | Attending Provider |

## You are allergic to the following

No active allergies

## Information on File

000-000-0001 (Home Phone)
000-000-0001 (Work Phone)

2052 E OLDFIELD ST
LANCASTER California
93535-1727

Preferred language: English
Date of birth: 5/24/1956
Ethnicity: American/United States
Race: Black/African American

## Changes to Your Medication List

You have not been prescribed any medications.

Continue taking all other medications that you reported taking during this Emergency Department visit. The above list of medications was based on information you provided at this visit.

Also,

1. Tell your healthcare provider what medications you are taking - including over the counter medications and herbal supplements.
2. Take medications as directed by your doctor. If you are given a prescription for antibiotics, it is important to take them as ordered by your doctor until they are all gone.

## Today's Visit

You were seen by BRIAN E THOMPSON MD, M.D.

**Reason for Visit**
COUGH

**Diagnosis**
COUGH

### 🧪 Lab Tests Completed

SARS-COV-2 (COVID-19), FLU A, B, MOLECULAR ASSAY, NAA/PCR

| | |
|---|---|
| ⏱ Blood Pressure **135/90** | 🧍 BMI **31.94** |
| ⚖ Weight **216 lb 4.3 oz** | 📏 Height **5' 9"** |
| 🌡 Temperature **98.5 °F** | ❤ Pulse **98** |
| 🫁 Respiration **16** | 🫁 Oxygen Saturation **97%** |

This is confidential information. Do not throw away in a Kaiser Permanente trash can.

3. If you have additional questions about your medications, please call your doctor.
4. If you have problems that may be caused by your medications such as rash, itching, swelling, or stomach pain, call your doctor.
5. If you note any discrepancies with medications at home, please address these with your primary physician.
6. You should always keep an accurate list of all your medications with you in case of emergency..

The exam and treatment that you received today has been provided on an emergency basis only.  You may return to the Emergency Department if your condition worsens or you have new concerns.  Further examination and care may be required and you should coordinate this with your regular physician.

## Discharge Destination

Patient agrees to discharge destination

Discharge Destination: Home
Mode of Transportation: Private Automobile
Transportation Arrangements: Patient
Patient Disposition: N/A - Patient agrees to destination;Patient is appropriately clothed;Patient ID Band removed

**VERBALIZED UNDERSTANDING OF DISCHARGE INSTRUCTIONS AND COPY GIVEN.**

**A copy of the Discharge Instructions was printed, given to and reviewed with the patient.**

**A signature is only required for patients identified as homeless patients and evaluated and treated according to the hospital Policy For Homeless Patient Management and Discharge and/or National Policy  NATL.HPHO.4**

_____          _____

**Patient Signature**                                        **Date**

_____          _____

**RN Signature**                                              **Date**

**Mental health assistance is available 24 hours a day, 7 days a week.  If you need mental health assistance and are a Kaiser Permanente health plan member, please call either 911 or the Behavioral Health Helpline 1-800-900-3277.  If you are not a Kaiser Permanente member call the National Suicide Prevention Lifeline 1-800-784-2433.**

# Thrive Local

## Find help in your community

We're here to support you however we can. If you need help with essentials like housing, childcare, or food, Thrive Local Connections can help connect you to resources in your community. Call 1-800-443-6328 (TTY 711), Monday through Friday between 8 a.m. and 5 p.m.

## Chronic Cough with Uncertain Cause (Adult)

Everyone has had a cough as part of the common cold, flu, or bronchitis. This kind of cough occurs along with an achy feeling, low-grade fever, nasal and sinus congestion, and a scratchy or sore throat. This usually gets better in 2 to 3 weeks. A cough that lasts longer than 3 weeks may be due to other causes. Your healthcare provider may refer to this as a chronic cough.

If your cough does not improve over the next 2 weeks, further testing may be needed. Follow up with your healthcare provider as advised. Cough suppressants may be recommended. Based on your exam today, the exact cause of your cough is not certain. Below are some common causes for persistent cough.

### Smoker's cough

Smoker's cough doesn't go away. If you continue to smoke, it only gets worse. The cough is from irritation in the air passages. Talk to your healthcare provider about quitting. Medicines or nicotine-replacement products, like gum or the patch, may make quitting easier.

### Postnasal drip

A cough that is worse at night may be due to postnasal drip. Excess mucus in the nose drains from the back of your nose to your throat. This triggers the cough reflex. Postnasal drip may be due to a sinus infection or allergy. Common allergens include dust, tobacco smoke (both inhaled and secondhand smoke), environmental pollutants, pollen, mold, pets, cleaning agents, room deodorizers, and chemical fumes. Over-the-counter antihistamines or decongestants may be helpful for allergies. A sinus infection may require antibiotic treatment. See your healthcare provider if symptoms continue.



This is confidential information. Do not throw away in a Kaiser Permanente trash can.

This is confidential information. Do not throw away in a Kaiser Permanente trash can.



Rickey L. Alford
10728 Century Ave
Los Angeles, CA 90059

Clerk of the Court
United States District Cour
Central District of California
255 East Temple Street
Los Angeles, Calif 90012