

FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2022
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rickey Louis Alford aka Morris Day
PLAINTIFF/PETITIONER,
v.
Andre Birotte, Jr et al Ku klux klan
DEFENDANT(S).

CASE NUMBER: CV22-8201 MCS

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Morris Day aka Rickey Louis Alford, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __attacked by the Kuklaxklans for being the founder of Cls Organization 1969__

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __N/A__

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?    ☐Yes ☒No
    b. Rent payments, interest or dividends?                ☐Yes ☒No
    c. Pensions, annuities or life insurance payments?     ☐Yes ☒No
    d. Gifts or inheritances?                              ☐Yes ☒No
    e. Any other income (other than listed above)?         ☐Yes ☒No
    f. Loans?                                              ☐Yes ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: __attacked by the Kuklaxklans and army of negro female brain diseases Title 21 USC sec. 32(h)(2), 791 F.Supp 1499 (D.Con 1992)__

CV-60 (04/06)    REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT    Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes ☐No

If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration. N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

If the answer is yes, describe the property and state its approximate value: attacked by the Pres of US KKK Joe Biden, US Pres of KKK

5. In what year did you last file an Income Tax return? _____
Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: KuKluxKlan attacking with house negro females throughout USA, Morris Dayaka R.L. Alford and all of Africa Nigeria, Congos, etc

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

California
State

Los Angeles
County (or City)

I, Rickey Louis Alford, declare under penalty of perjury that the foregoing is true and correct.

11-3-2022
Date

Rickey L. Alford
Plaintiff/Petitioner (Signature)

No House negro female in USA in Africa: Africa should band all house negro females, 100% percent prostitutes with disease, operations to in-plant change as transgenders, no-longer a female

CV-60 (04/06)   REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT   Page 2 of 2

Title 21 USC sec. 321 (h)(2), Clinical Reference Laboratory vs. Sullivan, 791 F.Supp 1499 (D Kan 1992)