# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rickey Louis Alford | **CASE NUMBER** |
| v.    PLAINTIFF(S) | 2:22-cv-08201 MCS |
| Andre Birotte, Jr. | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_November 21, 2022_  _George H. Wu_ /s/ George H. Wu
Date   United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____   _____
Date   United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  _2:22-cv-08196 GW_  and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _NA_ to Magistrate Judge _NA_.

On all documents subsequently filed in this case, please substitute the initials _GW_ after the case number in place of the initials of the prior judge, so that the case number will read _2:22-cv-08201 GW_. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] Previous Judge   [ ] Statistics Clerk
CV-34 (03/21)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)